# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                    Case No.  5:19-1060PRL

**FREDRICK MICHAEL POHL, JR.**

AUSA: Jackson Boggs
Defense Atty.: Alisha Marie Nair

| U.S. MAGISTRATE JUDGE | **Gregory J. Kelly** Courtroom 3C | DATE/TIME | May 21, 2019 4:22-4:27 = 05 mins |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | RECORDING | Digital Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER | | PTS/PROB. | Sonya Williams |

## CLERK'S MINUTES
## INITIAL APPEARANCE ON PC ARREST/COMPLAINT
**DFT TAKEN INTO FEDERAL CUSTODY TODAY**

Case called, appearances made, procedural setting by Court
Dft advised of his rights
Dft requests an appointment of counsel/Court appoints FPD
No issue as to identity
Gov summarizes charge(s)/penalties
Gov seeks detention
Dft files waiver of PE hearing
Dft waives detention without prejudice at this time
Dft advised of his right to detention hearing
Court enters order of detention
Court adjourned